UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN M. QUATREVINGT | CIVIL ACTION |
| VERSUS | NO. 10-4047 |
| RANDY THIBODEAUX, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, ET AL. | SECTION "N"(3) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motion to dismiss, Rec. Doc. 13, is **GRANTED** and the federal civil rights claims against the Parish of St. Tammany are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the federal civil rights claims against District Attorney Walter Reed, Assistant District Attorney Bruce Dearing, and Assistant District Attorney Scott Gardner are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim on which relief may be granted, and/or for seeking monetary damages against defendants who are immune from such relief.

**IT IS FURTHER ORDERED** that the federal civil rights claims against Sheriff Jack Strain, Detective Randy Thibodeaux, and Detective Charlie Craddock are **DISMISSED WITH**

**PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 2nd day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE